UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CQUEST AMERICA, INC. an Illinois not-for-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>YAHASOFT, INC., a Georgia business corporation,<br><br>    Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant Yahasoft, Inc. (hereinafter sometimes referred to as "Yahasoft") hereby provides notice of the removal of the above captioned case from the Circuit Court for the Seventh Judicial Circuit of Illinois, Sangamon County, Springfield, Illinois to the United States District Court for the Central District of Illinois. The grounds for removal are as follows:

1.      On August 21, 2013, Plaintiff CQuest America, Inc. (hereinafter sometimes referred to as "CQuest") filed a Complaint at Law (hereinafter sometimes referred to as the "Complaint") against Yahasoft. A true and correct copy of the complaint is attached hereto as Exhibit "A". Yahasoft received service of the Complaint on September 6, 2013.

2.      In the Complaint, it is alleged that CQuest is an Illinois not-for-profit corporation with its principal place of business being in Illinois, thus making it a citizen of Illinois pursuant to 28 U.S.C. § 1332 (c)(1).

3. In the Complaint, it is alleged that Yahasoft is a Georgia corporation with its principal place of business in Georgia, thus making it a citizen of Georgia pursuant to 28 U.S.C. § 1332 (c)(1).

4. In the Complaint, CQuest seeks damages in excess of seven hundred thousand dollars ($700,000.00) exclusive of interest, costs of suit, and reasonable attorneys' fees.

5. Concurrently with the filing of this Notice for Removal, Yahasoft is serving this Notice of Removal on CQuest's counsel and filing a copy of the Notice for Removal with the Clerk of the Circuit Court for the Seventh Judicial Circuit of Illinois, Sangamon County, Springfield, Illinois.

6. The United States District Court for the Central District of Illinois embraces the county in which the Circuit Court action is now pending. Venue is proper for this Notice of Removal under 28 U.S.C. § 93(b) and 28 U.S.C. § 1446(a). The removal is timely under 28 U.S.C. § 1446(b) as it is made within thirty (30) days of the receipt of service by Yahasoft.

7. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over this action as the Complaint asserts claims exceeding seventy five thousand dollars ($75,000.00) exclusive of interest and costs and is between citizens of different states.

8. Yahasoft hereby requests and demands a trial by jury on all issues so triable.

WHEREFORE, all of the requirements of 28 U.S.C. § 1332 and 1446 have been satisfied, and Notice of Removal is hereby given that this action is removed from the Circuit Court of the Seventh Judicial Circuit of Illinois, Sangamon County, Springfield, Illinois to the United States District Court for the Central District of Illinois.

                                                YAHASOFT, INC.

                                      By /s/ Paul E. Lehner
                                            One of the attorneys for defendant,
                                            Yahasoft, Inc.

Paul E. Lehner
Randall L. Mitchell
Adducci, Dorf, Lehner, Mitchell
 & Blankenship, P.C.
150 North Michigan Avenue, Suite 2130
Chicago, Illinois 60601
312/781-2800

J. Wayne Pierce
Ryan A. Moss
Pierce & Dunkelberger
6111 Peachtree Dunwood Road
Building G, Suite 200
Atlanta, Georgia  30328
770/817-8500

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a true and correct copy of the within and foregoing Notice of Removal to be filed with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to all attorneys of record.

I hereby certify that I have also this day caused a true and correct copy of the within and foregoing Notice of Removal to be served upon counsel for defendant by messenger and by placing the same in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

> Robert M. Birndorf
> 200 W. Madison Street, Suite 2100
> Chicago, Illinois 60606

This 7th day of October, 2013.

> /s/ Paul E. Lehner
> One of the attorneys for defendant, Yahasoft, Inc.